[No. 6955-9-III.  Division Three.  February 25, 1986.]

ARLEEN SAYRE, *Appellant,* v. STATE FARM INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-00732-4, Michael E. Donohue, J., entered January 18, 1985. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6637-1-III.  Division Three.  February 25, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT RUSSELL FINN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00963-5, George T. Shields, J., entered July 13, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 6777-7-III.  Division Three.  February 25, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS EARL FULTON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 84-1-00150-3, Richard G. Patrick, J., entered October 12, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.